**FILED**
**JUN 1 3 2007**
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:07cr121-MEF |
| ) | [18 USC 2114(a); |
| MARK G. PERRY ) | 18 USC 111] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 26th day of December, 2006, in Dale County, Alabama, within the Middle District of Alabama,

MARK G. PERRY,

defendant herein, did assault the postal clerk of Newton Post Office, a person having lawful charge, custody and control of money of the United States mail matter, money and other property of the United States, with intent to rob, steal and purloin said mail matter, money and other property of the United States, in violation of Title 18, United States Code, Section 2114(a).

## COUNT 2

On or about the 26th day of December, 2006, in Dale County, Alabama, within the Middle District of Alabama,

MARK G. PERRY,

defendant herein, did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person, then the postal clerk of Newton Post Office, while she was engaged in or on account of the performance of her official duties as postal clerk, in violation of Title 18, United States Code, Section 111.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Tommie Brown Hardwick
Assistant United States Attorney