IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  1:07cr121-MEF |
| ) | |
| MARK G. PERRY ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum filed June 29, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail, Dothan, Alabama, commanding them to deliver Mark G. Perry, to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court to be held at Montgomery, Alabama, on August 1, 2007, at 10:30 a.m. and to return the prisoner to said official when the court shall have finished with him.

DONE this 2nd day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE