IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 1:07CR121-MEF |
| | ) | |
| MARK G. PERRY | ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF   HOUSTON COUNTY JAIL
                                  DOTHAN, ALABAMA

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of MARK G. PERRY a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the courtroom of said court, in the city of MONTGOMERY on August 1, 2007 at 10:30 A.M., to answer charges pending in said court and for such other proceedings as may appear proper to the court; and thereafter, that you return the said defendant to the above institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE, this the 2nd day of July, 2007.

*[Stamp: RETURNED UNEXECUTED]*

*[Stamp: RETURNED AND FILED AUG - 1 2007]*

*[Handwritten: 7/30/07 In Lee Co being prosecuted on Robbery I Attempted Rape and Rape I]*

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: /s/ Kell Gregg
Deputy Clerk