IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>1:07cr121-MEF</u> |
| | ) | |
| MARK G. PERRY | ) | |

**<u>UNITED STATES' CORRECTED MOTION TO SUBSTITUTE COUNSEL</u>**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Corrected Motion to Substitute Assistant United States Attorney Jerusha T. Adams as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Tommie Brown Hardwick as the original motion was incorrectly filed as a notice.

Respectfully submitted this the 13th day of March, 2008.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Jerusha T. Adams
    JERUSHA T. ADAMS
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: <u>jerusha.adams@usdoj.gov</u>

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:07cr121-MEF |
| ) | |
| MARK G. PERRY ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christine Freeman, Esq., and Donnie Wayne Bethel, Esq.

Respectfully submitted,

/s/Jerusha T. Adams
JERUSHA T. ADAMS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: jerusha.adams@usdoj.gov