IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-121-MEF |
| | ) | |
| MARK G. PERRY | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Substitute Counsel (Doc. #18) filed on March 13, 2008, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. To the extent it contains a motion for leave to appear as additional counsel by Ms. Adams, it is granted. In all other respects, the motion is DENIED.

DONE this 14th day of March, 2008.

                                                  /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE