**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-CR-121-MEF** |
| ) | |
| **MARK G. PERRY** ) | |

**MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **MARK G. PERRY**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the April 21, 2008, trial term. In support of this Motion, the Defendant would show the following:

1. This case is currently scheduled for trial on April 21, 2008. The Parties have attempted to resolve this case by way of plea, but have been unable to reach an accord on the terms of a plea agreement.

2. Assistant United States Attorney (AUSA) Jerusha Adams has informed Mr. Perry that she intends to offer evidence at trial, under Federal Rule of Evidence 404(b), that Mr. Perry has engaged in similar crimes, wrongs or acts in as many as six other locations throughout the Middle District of Alabama. Mr. Perry will need substantially more time to thoroughly investigate the circumstances surrounding the commission of these numerous other alleged offenses.

2. The United States, through Assistant United States Attorney Jerusha Adams, does not oppose Mr. Perry's Motion.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to issue an Order continuing the April 21, 2008, trial date.

Dated this 1st[t] day of April, 2008.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:07-CR-121-MEF** |
| ) | |
| **MARK G. PERRY** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Jerusha T. Adams, Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49