IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-121-MEF |
| | ) | (WO) |
| MARK G. PERRY | ) | |

## **O R D E R**

On April 1, 2008, the defendant filed a Motion to Continue Trial (Doc. #22). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that the parties have attempted to resolve this case by way of plea but have been unable to reach an accord on the terms of a plea agreement. Government counsel has informed the defendant that the government intends to offer evidence at trial that the defendant has engaged in similar crimes, wrongs or acts in as many as six other locations

throughout the Middle District of Alabama. The defendant will need substantially more time to thoroughly investigate the circumstances surrounding the commission of these numerous other alleged offenses. Counsel for the government does not oppose a continuance. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. *See United States v. Davenport*, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

    Accordingly, it is hereby ORDERED:

    1. That the defendant's motion filed on April 1, 2008 is GRANTED;

    2. That the trial of this case is continued from the April 21, 2008 trial term to the October 14, 2008 trial term in Dothan, Alabama.

    3. That the Magistrate Judge conduct a pretrial conference prior to the October 14, 2008 trial term.

    DONE this the 2nd day of April, 2008.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE