IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-cr-121-MEF |
| | ) | |
| MARK G. PERRY | ) | |

# **O R D E R**

It is hereby ORDERED that the trial of this case will commence during the October 14, 2008 criminal term of court, 10:00 A.M., at the United States Courthouse, Dothan, Alabama.

The Magistrate Judge shall conduct a pretrial conference prior to the October 14, 2008 trial term.

DONE this the 25th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE