IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:07CR121-MEF |
| | ) | |
| MARK G. PERRY | ) | |

## **ORDER**

For good cause, it is

ORDERED that a second Pretrial Conference is scheduled in this case on 9/29/2008 at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 26th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE